KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DAVID COCHRAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY and GROUP LIFE AND MEDICAL INSURANCE PLAN FOR EMPLOYEES OF THE CAPITAL GROUP COMPANIES, INC.<br><br>　　　　Defendants. | Case No.: 5:16-cv-02483 JGB (DTBx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF DAVID COCHRAN** |

Pursuant to this Court's Findings of Fact and Conclusions of law dated April 4, 2018 (Dkt. #45), it is hereby ordered that Judgment is entered in favor of plaintiff David Cochran and against defendants in this action. Plaintiff shall be reinstated to the Plan, with an award of retroactive benefits from March 1, 2015, plus pre-judgment

//
//
//
//

---

1

**JUDGMENT IN FAVOR OF PLAINTIFF DAVID COCHRAN**

interest and costs. Plaintiff may make a motion for attorneys' fees within thirty (30) days from the date of this Judgment.

Dated: August 1, 2018

_____
The Hon. Jesus G. Bernal
United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525